

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THE UNIVERSITY OF TEXAS | | No. 08-14-00314-CV |
| AT EL PASO, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | County Court at Law No. 3 |
| v. | § | |
| | | of El Paso County, Texas |
| DIANA RUIZ ESPARZA, | § | |
| | | (TC # 2013-DCV-4283) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in that part of the judgment holding that because the potential population of comparable employees is necessarily different, the issue resolved in prior cases is not necessarily the same. We affirm that part of the judgment. We conclude there was error in that part of the judgment holding that Appellee pled a viable prima facie case concerning her wrongful discharge and retaliation claims. We therefore reverse and remand for the trial court to determine whether an amended petition might resolve the error. In so doing, we anticipate that the court on remand may address on a complete record whether Appellee has met her prima facie burden for including any post-termination conduct as an adverse employment decision. We further order that costs are assessed against the party incurring same. This decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., Concurring in part; Dissenting in part